# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-2785

_____

| | | |
|---|---|---|
| In re: Tommy F. Robinson; Carolyn Robinson, | * | |
| | * | |
| | * | |
| Debtors, | * | |
| ------------------------------------- | * | |
| Tommy F. Robinson; Carolyn Robinson, | * | |
| | * | |
| | * | |
| Appellants, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Eastern |
| | * | District of Arkansas. |
| Wildlife Farms II, LLC, also known as Mallard Pointe Lodge and Reserve LLC; Bill Thompson; Boyd Rothwell, | * | |
| | * | [UNPUBLISHED] |
| | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: January 13, 2011
Filed: January 19, 2011

_____

Before WOLLMAN, MURPHY, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Tommy and Carolyn Robinson appeal the district court's[1] affirmance of the bankruptcy court's[2] order restraining them from pursuing certain claims and defenses in state court, on the ground that those claims and defenses are property of their bankruptcy estates. After carefully reviewing the record, see In re Reynolds, 425 F.3d 526, 531 (8th Cir. 2005) (like district court, appellate court reviews bankruptcy court's fact findings for clear error and conclusions of law de novo), we conclude that the bankruptcy court's order is enforceable for the reasons discussed by the district court, see 11 U.S.C. § 105(a) (bankruptcy court may issue any order necessary or appropriate to carry out provisions of title). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.

[2]The Honorable James G. Mixon, United States Bankruptcy Judge for the Eastern District of Arkansas.